UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN MINTZ, Acting Commissioner of the
Department of Consumer Affairs of the City of New : 05 Civ. 7130 (RO)(THK)
York, and the CITY OF NEW YORK,

                          Plaintiffs, : **AFFIDAVIT OF SERVICE**

   -against-

SPRINT SPECTRUM, L.P.,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


STATE OF NEW YORK   )
                  ss.:
COUNTY OF NEW YORK )

      DONALD THORESEN, being duly sworn, deposes and says:

      I am not a party to his proceeding, am over eighteen years of age, and reside in Kings County, State of New York.

      On August 11, 2005, I served a Notice of Removal with respect to the above-referenced proceeding upon:

                Michael Cardozo, Esq.
                Corporation Counsel of the City of New York
                By:  Gabriel Taussig, Esq.
                100 Church Street
                New York, New York 10003
                    -and-
                Susan Kassapian, Esq.
                Assistant Commissioner for Litigation and Mediation
                Department of Consumer Affairs
                42 Broadway
                New York, New York 10004
                    -and-

>Nicholas James Fengos, Esq.
>Senior Counsel
>Department of Consumer Affairs
>42 Broadway
>New York, New York 10004

by first-class mail by placing a true copy of same in properly-addressed, securely-sealed envelopes, postage postpaid, and by causing said envelopes to be deposited in an official depository under the exclusive care and custody of the United States Postal Service.

*(signature)*
_____
Donald Thoresen

Sworn to before me this
15th day of August, 2005.

*(signature)*
_____
Notary Public

EDWARD HERNSTADT
Notary Public, State of New York
No. 31-4995166
Qualified in New York County
Commission Expires June 22, 2006