UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JONATHAN MINTZ, Acting Commissioner of the
Department of Consumer Affairs of the City of New
York, and the CITY OF NEW YORK,

                       Plaintiff,

    -against-

SPRINT SPECTRUM, L.P.,

                       Defendant.
------------------------------------------------------------------------x

ORDER

05 CV 7130 (GBD)

GEORGE B. DANIELS, District Judge:

    This matter having come before the Court on the motion of plaintiff for the admission *pro hac vice* of Basil C. Culyba, Esq. to appear in this action on behalf of defendant; and

    For other good and sufficient cause,

    IT IS ORDERED that Basil C. Culyba, Esq. be and hereby is admitted *pro hac vice* in the above-captioned action.

Dated: New York, New York
       October 7, 2005

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge