UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2|16|06

**Acting Commissioner Jonathan Mintz**
*Department of Consumer Affairs of the City of New*
*York, et ano*
                          Plaintiffs,

    – against –


**Sprint Spectrum, L.P.**
                          Defendant.

Case No05-CV-7130(KMK)
ORDER  OF
DISCONTINUANCE

KENNETH M. KARAS, District Judge:

        IT APPEARING that it has been reported to the Court that the above captioned action

has been settled,

        IT IS HEREBY ORDERED, that this action is discontinued, without cost, and

without prejudice to reopening if the settlement is not consummated within 60 days.


                                    SO ORDERED,

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        February _15_ , 2006